### 6697. HARRELL *v.* CITY OF QUITMAN.

WADE, J. A petition for certiorari, in which the only attempt to assign
error was in these words: "To which said judgment and sentence your
petitioner excepts, and assigns the same as error," does not comply with
section 5183 of the Civil Code, which provides that a plaintiff in cer-
tiorari "shall plainly and distinctly set forth the errors complained of."
*Citizens Banking Co.* v. *Parris,* 119 *Ga.* 517 (46 S. E. 638); *Edgeman* v.
*Stewart,* 141 *Ga.* 686 (81 S. E. 1036); *Papworth* v. *Fitzgerald,* 111 *Ga.*
54 (36 S. E. 311); *Taft Co.* v. *Smith,* 112 *Ga.* 196 (37 S. E. 424); *Calla-
way* v. *Atlanta,* 6 *Ga. App.* 354 (64 S. E. 1105); *Birdford Supply Co.*
v. *Edwards,* 16 *Ga. App.* 518 (85 S. E. 687, 688).

*Judgment affirmed.*

DECIDED OCTOBER 22, 1915.

Certiorari; from Brooks superior court—Judge Thomas. May term, 1915.

*W. A. Hassell, J. D. Wade,* for plaintiff in error.

*M. Baum,* contra.